Magistrate Judge Michelle L. Peterson

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| IBRAHIM ABDELMASSEH, *et al.*,<br>Petitioners,<br>v.<br>Julio HERNANDEZ, *et al.*,<br>Respondents. | Case No. 2:26-cv-00730-MLP<br>**STIPULATED MOTION FOR EXTENSION OF DEADLINES FOR EAJA BRIEFING**<br>Note on Motion Calendar:<br>July 29, 2026 |

For good cause, Petitioners and Federal Respondents, by and through their counsel of record, jointly stipulate and move to extend Federal Respondents' deadline to file a response to Petitioners' Motion for Attorneys' Fees under the Equal Access to Justice Act (EAJA), 28 U.S.C. § 2412 (Dkt. 33) until 60 days after the Supreme Court issues its decision in *Montoya Palacios v. Liggins*, No. 25-1223. The parties also agree that Petitioners will file their reply, if needed, 10 days after Federal Respondents file their response.

This Court granted Petitioners' habeas petition in part and entered judgment on April 1, 2026. *See* Dkts. 17& 18. On May 13, 2026, Petitioners Nfinda Nzola, Habtamu Gete, and Mikiyas Mulu filed a motion to enforce the order. Dkt. No. 21. This Court subsequently granted the motion and ordered Petitioners' releases. Dkt. No. 28. Pursuant to a stipulated order to extend the EAJA filing deadline pursuant to 28 U.S.C. § 2412(d)(1)(B), Petitioners filed the Motion for Attorneys'

Fees on July 14, 2026, with a noting date of August 4, 2026. Dkt. 33. Pursuant to Local Rule 7(d)(3), Federal Respondents' deadline to respond to the Motion is July 29, 2026.

The EAJA provides that a party who prevails against the government "in any civil action (other than cases sounding in tort)" may seek an award of fees and costs. 28 U.S.C. § 2412(d)(1)(A)–(B). On June 29, 2026, the Supreme Court granted certiorari in *Montoya Palacios*, on the issue of whether the phrase "any civil action" in the EAJA encompasses an action seeking a writ of habeas corpus to challenge civil immigration detention. The parties have conferred and agree that extending the Motion's briefing deadlines until after the Supreme Court decides *Montoya Palacios* would promote judicial efficiency and conserve judicial resources. Accordingly, the parties respectfully request that the Court extend the deadline for Federal Respondents' response to the Motion from July 29, 2026, until 60 days after the Supreme Court issues its decision in *Montoya Palacios*.

Respectfully submitted this 28th day of July, 2026.


s/ *Leila Kang*
LEILA KANG, WSBA No. 48048
Northwest Immigration Rights Project
615 Second Avenue, Suite 400
Seattle, Washington 98104
Phone: 206-816-3847
leila@nwirp.org

*Counsel for Petitioners*

*s/ Michelle R. Lambert*
MICHELLE R. LAMBERT, NYS #4666657
Assistant United States Attorney
United States Attorney's Office
1201 Pacific Ave., Suite 700
Tacoma, WA 98402
Phone: 253-428-3824
Email: michelle.lambert@usdoj.gov

*Counsel for Federal Respondents*


*I certify that this motion contains 328 words,*

*in compliance with the Local Civil Rules.*

**The parties having stipulated and agreed, IT IS SO ORDERED.**

Dated this 29th day of July, 2026.

MICHELLE L. PETERSON
United States Magistrate Judge